**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**CHARLOTTE CURTIS AND**
**COLEMAN CURTIS**                                                                        **PLAINTIFFS**

**VS.**                                                                **CAUSE NO. 3:17cv1007 TSL-RHW**

**EMILY AULTMAN,**
**SHELTER MUTUAL INSURANCE COMPANY**
**AND DOE DEFENDANTS 1-10**                                                **DEFENDANTS**

**DEFENDANT'S NOTICE OF SERVICE OF**
**DISCOVERY REQUESTS TO PLAINTIFF CHARLOTTE CURTIS**

Notice is hereby given, pursuant to the local rules, that Defendant, Emily Aultman, has this date served in the above entitled action:

(X)    Defendant Emily Aultman's First Set of Interrogatories Propounded to Plaintiff Charlotte Curtis

(X)    Defendant Emily Aultman's First Request for Production of Documents and Things Propounded to Plaintiff Charlotte Curtis

The undersigned retains the originals of the above papers as custodian thereof pursuant to the local rules.

DATED this the 27th day of February, 2018.

Respectfully submitted,

**EMILY AULTMAN, Defendant**

By:  *s/William H. Creel, Jr.*
       William H. Creel, Jr. (MB #8673)

OF COUNSEL:

CURRIE JOHNSON & MYERS, P.A.
1044 River Oaks Drive
Post Office Box 750
Jackson, Mississippi 39205-0750
Telephone: (601) 969-1010
Facsimile: (601) 969-5120

## **CERTIFICATE OF SERVICE**

I, William H. Creel, Jr., do hereby certify that I have this date electronically filed with the Clerk of the Court using the electronic filing system a true and correct copy of the foregoing document, who sent notification of such filing to the following:

Randy Wallace, Esq.
Robert Boyd and Associates, PLLC
P. O. Box 1297
Clinton, MS 39060

SO CERTIFIED this the 27th day of February, 2018.

                                                    *s/William H. Creel, Jr.*
                                                    William H. Creel, Jr.